# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIE STOKES, | : No. 154 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.